07 CIV 8155

Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

NYP HOLDINGS, INC.,

                           Plaintiff,

                                                   **RULE 7.1 STATEMENT**

- against -

TWIN CITY FIRE INSURANCE COMPANY,

                           Defendant.

------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff NYP Holdings, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        NEWS CORPORATION
        1211 Avenue of the Americas
        New York, NY 10036

Dated: September 18, 2007
       New York, New York

                                      KEATING & MCHUGH

                                      By: _____
                                      Peter J. McHugh (PM9877)
                                      John F. Keating (JK5449)
                                      Attorneys for Plaintiff
                                      30 Vesey Street, 15th Floor
                                      New York, NY 10007
                                      (212) 608-5657 (v)
                                      (866) 408-1843 (f)
                                      pjm@keatingmchugh.com
                                      jfk@keatingmchugh.com