UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NYP HOLDINGS, INC.,

                              Plaintiff,

- against -

TWIN CITY FIRE INSURANCE COMPANY,

                              Defendant.

------------------------------------------------------------X

Docket No.: 07 Civ. 8155 (WHP)

**STIPULATION EXTENDING TWIN CITY'S TIME TO ANSWER**

       **IT IS HEREBY STIPULATED** and agreed that the time for the defendant to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 28th day of November 2007.

Dated: New York, New York
          November 7, 2007

| KEATING & MCHUGH | GALLO VITUCCI KLAR PINTER & COGAN |
|---|---|
| By: _____ | By: _____ |
| Peter J. McHugh (PM9877) | Howard L. Cogan (HC8202) |
| John F. Keating (JK5449) | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | 185 Madison Avenue, 12th Floor |
| 30 Vesey Street, 15th Floor | New York, New York 10016 |
| New York, NY 10007 | (212) 683-7100 (v) |
| (212) 608-5657 (v) | (212) 683-5555 (F) |
| (866) 408-1843 (f) | hcogan@gvlaw.com |
| pjm@keatingmchugh.com | |
| jfk@keatingmchugh.com | |