UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NYP HOLDINGS, INC.,

        Plaintiff,

- against -

TWIN CITY FIRE INSURANCE COMPANY, INC.,

        Defendant.

------------------------------------------------------------X

07 CV 8155 (WHP)

**STIPULATION AND ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

DEC 19 2007

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for all the parties herein that this action be and the same hereby is dismissed with prejudice and without costs to any party.

Dated: December 12, 2007
      New York, New York

GALLO VITUCCI KLAR PINTER & COGAN
Attorneys for Defendant
TWI CITY FIRE INSURANCE COMPANY

By: _____
Howard L. Cogan, Esq. (HC ____)

KEATING & MCHUGH
Attorneys for Plaintiff
NYP HOLDINGS, INC.

s/Peter J. McHugh
By: _____
Peter J. McHugh, Esq.(PM 9877)

SO ORDERED:

December 20, 2007

_____
USDJ

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
12/20/07

TOTAL P.02